JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Kimberly Davis, et al., | | Case No. 2:23-cv-02911-RGK-MAAx |
| | Plaintiff(s), | |
| vs. | | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| United States of America, et al., | | |
| | Defendant(s). | |

On July 21, 2023, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [11] ("OSC"), which ordered plaintiff to file timely proof of service of the summons and complaint on all defendants. On July 25, 2023, plaintiffs filed a response [12] to the OSC. On July 28, 2023, Plaintiff's filed an application for extension of Time to File Proof of Service [16], which was separately denied.

The Court finds no good cause for the delay in service and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 8/1/2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE